UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY L. DUGGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:06-CV-580-CAS |
| | ) |
| CITY OF ROLLA, PHELPS COUNTY, | ) |
| UNKNOWN CHIEF OF POLICE, UNKNOWN | ) |
| SERGEANT, MICHAEL PHILLIPS, AND | ) |
| CLAY CARROLL, | ) |
| | ) |
| Defendants. | ) |

### ORDER OF DISMISSAL
### PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith. See 28 U.S.C. § 1915(a)(3).

Dated this 27th day of July, 2006.

_____
**UNITED STATES DISTRICT JUDGE**